# United States District Court
## Western District of North Carolina
## Statesville Division

| | |
|---|---|
| Nicole Ballard Berry, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00002-FDW |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2020 Order.

October 29, 2020

Frank G. Johns, Clerk
United States District Court